LILLIAN FELDMAN, Respondent, *v.* THE HEBREW HOSPITAL ASSOCIATION OF SULLIVAN COUNTY, Appellant.

(Argued December 7, 1934; decided December 31, 1934.)

*Philip A. Rorty* for appellant.

*Joseph Kooperman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.